UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

D'ANDRE MARQUIS ALEXANDER,

    Plaintiff,

Case No: 2:16-cv-85

HON. ROBERT HOLMES BELL

UNKNOWN OJALA, et al.,

    Defendants.
_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On September 23, 2016, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Defendant Ojala's Motion for Summary Judgment (ECF No. 18) be denied. (R&R, ECF No. 26).  The R&R notified the parties that any objections must be filed within 14 days of receipt of the R&R. More than 14 days have elapsed since the date of the R&R and no objections have been filed. The Court has reviewed the R&R and concludes that it makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the September 23, 2016, R&R (ECF No. 26) is **APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Defendant Ojala's Motion for Summary Judgment (ECF No. 18) is **DENIED.**

Date: November 10, 2016        /s/ Robert Holmes Bell
                                                  ROBERT HOLMES BELL
                                                  UNITED STATES DISTRICT JUDGE