UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D'ANDRE ALEXANDER, #731077, )
    Plaintiff, )
           ) No. 2:16-cv-85
-v- )
           ) Honorable Paul L. Maloney
UNKNOWN OJALA, )
    Defendant. )
           )

## JUDGMENT

Having dismissed all pending claims, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

  **THIS ACTION IS TERMINATED.**

  **IT IS SO ORDERED.**

Date: October 17, 2017          /s/ Paul L. Maloney
                     Paul L. Maloney
                     United States District Judge